# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

143537

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RICHARD R. ROBERTS and STACEY D.
ROBERTS,
      Plaintiffs-Appellants,

v

ROBERT L. SAFFELL and JOANNE O.
SAFFELL,
      Defendants-Appellees.

SC: 143537
COA: 295500
Leelanau CC: 05-007063-CK

_____/

      On order of the Court, the application for leave to appeal the June 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

t1017